UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE E. SILVA,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:17-cv-02149-GMN-CWH<br><br>ORDER |

Petitioner's unopposed motion for an extension of time (ECF No. 15) is GRANTED. Petitioner shall have up to and including June 27, 2018, within which to file a second amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED THIS 28 day of March, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1