UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSE E. SILVA,<br><br>                Petitioner,<br>    v.<br>BRIAN WILLIAMS, et al.,<br><br>                Respondents. | Case No. 2:17-cv-02149-GMN-CWH<br><br>ORDER |

Petitioner's second unopposed motion for an extension of time (ECF No. 17) is GRANTED. Petitioner shall have up to and including September 25, 2018, within which to file a second amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED THIS  30  day of    June   , 2018.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1