UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE E. SILVA,<br><br>　　　　　　Petitioner,<br>　　v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　Respondents. | Case No. 2:17-cv-02149-GMN-CWH<br><br>ORDER |

Respondents' motion for an enlargement of time (ECF No. 22) is GRANTED. Respondents shall have to and including January 22, 2019, within which to respond to the second amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED THIS __16__ day of __November__, 2018.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1