UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE E. SILVA, | Case No. 2:17-cv-02149-GMN-CWH |
| Petitioner, | |
| v. | ORDER |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Respondents' second motion for an enlargement of time (ECF No. 24) is GRANTED. Respondents shall have to and including March 8, 2019, within which to respond to the second amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED THIS 23 day of January, 2019.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1