UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE E. SILVA,<br><br>　　　　　　　　Petitioner,<br>　v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:17-cv-02149-GMN-CWH<br><br>ORDER |

Petitioner's unopposed motion for extension of time (ECF No. 30) is GRANTED. Petitioner will have until May 13, 2019, to file a response to the respondents' motion to dismiss.

IT IS SO ORDERED.

DATED THIS 15 day of March, 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1