UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE E. SILVA, | Case No. 2:17-cv-02149-GMN-CWH |
| Petitioner, | |
| v. | ORDER |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Petitioner's unopposed motion for extension of time (ECF No. 32) is GRANTED IN PART. Petitioner will have until June 28, 2019, to file a response to the respondents' motion to dismiss. Further extensions of this deadline are not likely to be granted.

IT IS SO ORDERED.

DATED THIS  14  day of    May   , 2019.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1