# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOSE E. SILVA,

    Petitioner,

v.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:17-cv-02149-APG-DJA

**ORDER**

(ECF No. 41)

Good cause appearing, the respondents' first unopposed Motion for Enlargement of Time **(ECF No. 41) is GRANTED**. The respondents have until December 5, 2019 to answer or otherwise respond to the second amended petition for writ of habeas corpus.

Dated: October 18, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE