# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE E. SILVA,<br><br>        Petitioner,<br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>        Respondents. | Case No. 2:17-cv-02149-APG-DJA<br><br>**ORDER**<br><br>(ECF No. 44) |

Petitioner Jose Silva's unopposed first Motion for Extension of Time **(ECF No. 44) is GRANTED**. Silva has until March 6, 2020 to file a reply to the respondents' answer to the second amended petition for writ of habeas corpus.

Dated: January 7, 2020

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE