# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE E. SILVA,<br><br>          Petitioner,<br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>          Respondents. | Case No. 2:17-cv-2149-APG-DJA<br><br>**ORDER**<br><br>(ECF. No. 46) |

Good cause appearing, the petitioner's unopposed first Motion for Extension of Time (ECF No. 46) is GRANTED. Petitioner has until May 5, 2020, to file a reply to the respondents' answer to the second amended petition for writ of habeas corpus.

Dated: March 4, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE