UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE E. SILVA,<br><br>           Petitioner,<br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>           Respondents. | Case No. 2:17-cv-02149-APG-DJA<br><br>**ORDER**<br><br>(ECF No, 48) |

Good cause appearing, petitioner Jose Silva's unopposed third Motion for Extension of Time (ECF No. 48) is GRANTED.  Silva has until May 12, 2020 to file a reply to the respondents' answer to the second amended petition for writ of habeas corpus.

Dated:  May 6, 2020.

                                                                              _____<br>
                                                                              ANDREW P. GORDON<br>
                                                                              UNITED STATES DISTRICT JUDGE